584 A.2d 209
STATE OF NEW JERSEY v. ROBERT D. MILEY.

May 7, 1990.

Petition for certification denied.

584 A.2d 209
STATE OF NEW JERSEY v. RAYMOND BETHEA.

May 7, 1990.

Petition for certification denied.

584 A.2d 209
STATE OF NEW JERSEY v. DANIEL HARP.

May 7, 1990.

Petition for certification denied.

584 A.2d 209
STATE OF NEW JERSEY v. ARTHUR MACK DREHER.

May 7, 1990.

Petition for certification denied.

584 A.2d 209
CARMEN LUTZ v. BIG RED PONTIAC–GMC TRUCK, INC.

May 7, 1990.

Petition for certification denied.